THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICHOLAS P. MUNT-LOVELL,

        Plaintiff,

    v.

ROUNDPOINT MORTGAGE SERVICING
CORPORATION; EQUIFAX INFORMATION
SERVICES, LLC; EXPERIAN INFORMATION
SOLUTIONS, INC.; TRANS UNION LLC,

        Defendants.

Case No. 25-cv-1365-TL

**NOTICE OF APPEARANCE**

**[CLERK'S ACTION REQUIRED]**

TO:        CLERK OF THE COURT;

AND TO:    ALL PARTIES AND COUNSEL OF RECOPRD

PLEASE TAKE NOTICE that Alissa N. Harris of Stoel Rives LLP hereby appears in the above-entitled action as counsel for Defendant Experian Information Solutions, Inc. All further service, papers, and proceedings in this case should be served upon counsel by leaving a copy with the attorney at the address below.

///

///

///

///

DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF
APPEARANCE (25-CV-1365-TL) - 1

**STOEL RIVES LLP**
**ATTORNEYS**
**600 University Street, Suite 3400, Seattle, WA  98101**
*Telephone 206.624.0900*

152882758.1 0030176-00439

DATED: June 11, 2026

STOEL RIVES LLP


*s/Alissa N. Harris*

ALISSA N. HARRIS, WSBA No. 59368
ali.harris@stoel.com
600 University Street, Suite 3400
Seattle, WA  98101
Telephone:  206.624.0900
Facsimile:  206.386.7500

*Attorney for Experian Information Solutions, Inc.*

DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF
APPEARANCE (3:26-CV-05144) - 2

**STOEL RIVES** LLP
**ATTORNEYS**
**600 University Street, Suite 3400, Seattle, WA  98101**
*Telephone 206.624.0900*

152882758.1 0030176-00439