Honorable Tana Lin

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICHOLAS P. MUNT-LOVELL,

Plaintiff,

vs.

ROUNDPOINT MORTGAGE SERVICING CORPORATION; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC,

Defendants.

Case No. 2:25-cv-01365-TL

**THOMAS N. ABBOTT'S NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Pursuant to LCR 83.2(b)(3), the undersigned, respectfully files this Notice of Withdrawal as Counsel for Defendant Experian Information Solutions, Inc. in this proceeding. This case has been transferred to another law firm for representation and service as lead counsel. Experian will continue to be represented by Alissa N. Harris of Stoel Rives LLP. Ms. Harris is admitted to this Court and filed a notice of appearance on June 11, 2026 [Dkt. No. 76].

PLEASE TAKE FURTHER NOTICE that the undersigned counsel of Troutman Pepper Locke LLP requests to be removed from all service lists in this case, including the Court's CM/ECF electronic notification list.

NOTICE OF WITHDRAWAL
Case No. 2:25-cv-01365-TL

1

TROUTMAN PEPPER LOCKE LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322

Dated: June 12, 2026

Respectfully submitted,

TROUTMAN PEPPER LOCKE LLP

STOEL RIVES LLP

/s/ Thomas N. Abbott
Thomas N. Abbott (WSBA No. 53024)
100 SW Main Street, Suite 1000
Portland, Oregon 97204
Telephone: 503.290.2322
Email: thomas.abbott@troutman.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

/s/
Alissa N. Harris, WSBA No. 59368
600 University Street, Suite 3400
Seattle, WA  98101
Telephone:  206.624.0900
Facsimile:  206.386.7500
Email: ali.harris@stoel.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

NOTICE OF WITHDRAWAL
Case No. 2:25-cv-01365-TL

2

TROUTMAN PEPPER LOCKE LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322

## CERTIFICATE OF SERVICE

I hereby certify that, on June 12, 2026, I served on the interested parties to this action a true and correct copy of the foregoing document.

☒ **BY CM/ECF:** The foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all CM/ECF registrants of record in this matter constituting service pursuant to Fed. R. Civ. P. 5(b)(2)(E).

I declare that I am employed in the office of the member of the bar of this court under whose direction the service was made. Executed on June 12, 2026, in Irvine, California.

/s _____

NOTICE OF WITHDRAWAL
Case No. 2:25-cv-01365-TL
330496889

3

TROUTMAN PEPPER LOCKE LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322